Certificate Number: 05781-GAN-DE-041463243

Bankruptcy Case Number: 26-61085

05781-GAN-DE-041463243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2026, at 11:55 o'clock AM PDT, Cherilyn Davis completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: September 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President